IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-11,882-05






EX PARTE EDWARD RAY ESPARZA, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


FROM HARRIS COUNTY






 Johnson, J., filed a concurring statement.



C O N C U R R I N G S T A T E M EN T



 I concur in the judgment of the Court denying relief. Chapter 64 has a number of unanswered
questions concerning its scope and applicability, but one question has been answered; habeas corpus
relief is not available for claims based on Chapter 64. See Ex Parte Baker, 185 S.W.3d 894 (Tex.
Crim. App. 2006); Ex Parte Suhre, 185 S.W.3d 898 (Tex. Crim. App. 2006). However, Chapter 64
does not bar subsequent applications. Baker at 897. Applicant is free to file a second petition under
Chapter 64 and then to appeal any adverse result.


Filed: September 13, 2006

Do not publish